

# NUMBER 13-23-00184-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RICHARD RAYMOND, AS
AN HEIR TO MANUEL JOHN
RAYMOND, JR.                                                                        **Appellant,**

**v.**

KATHERINE JULIET MEJIA,                                                   **Appellee.**

**On appeal from the 406th District Court
of Webb County, Texas.**

# MEMORANDUM OPINION

**Before Justices Tijerina, Silva, and Peña
Memorandum Opinion by Justice Peña**

This cause is before the Court on an agreed motion to dismiss.[1] The parties,

having resolved all claims and causes of action to their satisfaction, request the dismissal

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

of this appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
29th day of June, 2023.